UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MIDLAND CREDIT MANAGEMENT, | ) | CASE NO. C06-0534-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING *IN FORMA* |
| | ) | *PAUPERIS* APPLICATION |
| MICHAEL STRANACK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Michael Stranack submitted an application to proceed *in forma pauperis* ("IFP") for this matter which he seeks to have removed from King County Superior Court. From a review of the application, it appears that IFP status is not warranted in light of the yearly income reported by Mr. Stranack. Accordingly, the IFP application is DENIED. This action shall proceed in this Court only if plaintiff pays the Civil filing fee of $350.00 within **thirty (30)** days after entry of this Order.

Defendant Stranack is advised that this action will be subject to dismissal if the applicable filing fee is not paid.

/ / /

ORDER DENYING *IN FORMA*
*PAUPERIS* APPLICATION
PAGE -1

01    The Clerk shall furnish copies of this Order to plaintiff and to the Hon. Marsha J. Pechman.

02    DATED this 1st day of May, 2006.

                                            *(signature)*
                                            Mary Alice Theiler
                                            United States Magistrate Judge

ORDER DENYING *IN FORMA*
*PAUPERIS* APPLICATION
PAGE -2